**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JOE ADAMS**                                                                                               **PLAINTIFF**

**v.**                          **CASE NO. 3:08CV00025 BSM**

**ARKANSAS DEPARTMENT OF
HEALTH AND HUMANS SERVICES**                                              **DEFENDANT**

### ORDER

Currently pending before the court is the parties' Joint Motion for Continuance [Doc. No. 14]. For good cause shown, the motion will be granted and the trial is continued to November 30, 2009, at 9:30 a.m.

IT IS SO ORDERED this 18th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE