**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOE ADAMS**                                                                                                        **PLAINTIFF**

**v.**                                       **CASE NO. 3:08CV00025 BSM**

**ARKANSAS DEPARTMENT**
**OF HEALTH AND HUMAN**
**SERVICES**                                                                                                      **DEFENDANT**

## ORDER

After careful consideration, the plaintiff's motion to compel [Doc. No. 19] is denied. The defendant is forewarned that it will be prohibited from introducing any evidence at trial, whether testimonial or documentary, that relates in any way to the information that it claims it does not have or that it has objected to producing.

IT IS SO ORDERED this 11th day of August, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE