IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE ADAMS                                                                              PLAINTIFF

Vs.                                              NO. 3:08cv00025 BSM

ARKANSAS DEPARTMENT OF                                              DEFENDANTS
HUMAN SERVICES, et al

ORDER

This case is set for a settlement conference **Thursday, December 10, 2009**, **at 9:30 a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Luther Oneal Sutter, Joe Adams, Carmen Mosley-Sims, John Finkbeiner, Krista Hughes and Carolyn Singleton are authorized to bring electronic devices to the courthouse for this proceeding.  Each authorized party is required to be familiar with the restrictions contained in General Order No. 54, which can be accessed on the Court's website.  Each will be required to present a copy of this order upon entry into the building to verify this authorization.**

IT IS SO ORDERED this 12th day of November 2009.

_____
UNITED STATES MAGISTRATE JUDGE