UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE ADAMS                                                                                           PLAINTIFF

v.                              CASE NO. 3:08cv00025 BSM

ARKANSAS DEPARTMENT OF
HEALTH AND HUMAN SERVICES                                                DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff Joe Adams requests that this case be dismissed with prejudice due to settlement. [Doc. No. 37].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE